# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

ISABEL LOPEZ

Case Number: 2:01-cr-41-FtM-29DNF

USM Number: 33368-018

Russell Rosenthal, FPD
1514 Broadway, Ste. 301
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision | January 29, 2009 |
| Two | Failure to participate in drug treatment | February 11, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/16/2009

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

April __12__, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Nine (9) Months**.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

ISABEL LOPEZ
2:01-cr-41-FtM-29DNF

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED

AO 245B (Rev. 6/05) Judgment in a Criminal Case